IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

William Sparks,

    Plaintiff,

  v.                        Case No. 2:17-cv-224

Judge Jeffrey Hooper,
et al.,

    Defendants.

## ORDER

This matter is before the court for consideration of the magistrate judge's April 7, 2017, report and recommendation. The magistrate judge performed an initial screen of plaintiff's complaint pursuant to 28 U.S.C. §1915(e)(2), and concluded that the complaint fails to state a claim for which relief may be granted under 42 U.S.C. §1983. The magistrate judge recommended that the complaint be dismissed. Doc. 4, p. 4.

The report and recommendation specifically advised the parties that the failure to object to the report and recommendation results in a "waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 4, p. 5. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

The court agrees with the report and recommendation (Doc. 4), and, noting that no objections have been filed, it is hereby adopted. Pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), the complaint is dismissed for failure to state a claim for which relief may be granted.

It is so ordered.

Date: April 24, 2017                    s/James L. Graham
                                    James L. Graham
                                    United States District Judge